# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

EDWIN WHITE,
  Plaintiff

vs                Case No. 3:02-cv-310
                 (Rose, J.; Hogan, M.J.)

COMMISSIONER OF SOCIAL
SECURITY,
  Defendant

# ORDER

This cause came on for consideration on the following:

> **MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Doc. No. 17)**
>
> **FILED: October 8, 2008**
>
> _____
>
> **THEREON** it is **ORDERED** that the Report and Recommendation is adopted.

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan to whom this case was referred pursuant to 28 U.S.C. Section 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS and AFFIRMS said Report and Recommendation. This Court finds consistent with the Magistrate Judge in that plaintiff's motion for attorney fees under the Social Security Act, 42 U.S.C. § 406(b)(1)(A) (Doc. 16) be

**GRANTED** and that counsel be **AWARDED** $5,300.00 in fees, and that counsel for plaintiff refund the amount of the EAJA fee of $2,940.00 to the plaintiff.

  **DONE** and **ORDERED** in Dayton, Ohio, this 28th day of October, 2008.

October 28, 2008         ***S/THOMAS M. ROSE**

                _____
                THOMAS M. ROSE
                UNITED STATES DISTRICT JUDGE